

# Fourth Court of Appeals
## San Antonio, Texas

February 15, 2018

No. 04-17-00594-CV

Josh Michael **CRUZ**,
Appellant

v.

Alicia **CRUZ**,
Appellee

From the 2nd 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-0953-CV
Honorable Jessica Crawford, Judge Presiding

## O R D E R

The appellee's second motion for extension of time to file brief is hereby GRANTED. Time is extended to March 9, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of February, 2018.

KEITH E. HOTTLE,
Clerk of Court